IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| LAUREN SEARLS,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNS HOPKINS HOSPITAL,<br><br>    Defendant. | Case No. 1:14-cv-02983-CCB |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S EXPERT DESIGNATIONS OF MARIA CVACH, CLYDE C. RICHARD, AND GARRY BROCK, AND TO PRECLUDE THEIR TESTIMONY**

Plaintiff Lauren Searls, by undersigned counsel, hereby moves to strike the expert designations and reports of Maria Cvach, Clyde C. Richard, and Garry Brock, served by Defendant Johns Hopkins Hospital, and to exclude any testimony based on these reports. As set out in the accompanying memorandum of law, none of these individuals is qualified to offer expert opinion in this case, and their opinions would not assist the trier of fact's understanding of the evidence.

WHEREFORE, Ms. Searls requests that the Court grant her motion, strike Johns Hopkins Hospital's expert designations and reports, and exclude any testimony based upon these reports.

Respectfully submitted,

/s/
Joseph B. Espo, Fed. Bar No. 07490
Jessica P. Weber, Fed. Bar No. 17893
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21202
T: (410) 962-1030
F: (410) 385-0869
jbe@browngold.com
jweber@browngold.com

                                                H. Larry Vozzo
                                                Michael Schwartz
                                                LAW OFFICES OF H. LARRY VOZZO
                                                AXA Tower I, Suite 1710
                                                100 Madison Street
                                                Syracuse, New York 13202
                                                T: (315) 476-2191
                                                F: (315) 449-9804
                                                hlvesq@yahoo.com
                                                michaelschwartz53@gmail.com

                                                *Attorneys for Plaintiff*

Dated:  August 31, 2015