# EXHIBIT 3



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| LAUREN SEARLS,<br><br>      Plaintiff,<br><br>v.<br><br>JOHNS HOPKINS HOSPITAL,<br><br>      Defendant. | Case No. 1:14-cv-02983-CCB |

**DEFENDANT'S INITIAL EXPERT DISCLOSURES**

Defendant, pursuant to Fed. R. Civ. P 26(a)(2), makes the following disclosures:

1.    Clyde C. Richard, Ph.D., P.E.
        Garry Brock, Ph.D.
        CED Technologies
        2444 Holly Avenue
        Annapolis, Maryland 21401

At the trial of this case defendant may call Clyde C. Richard, Ph.D., P.E. and Garry Brock, Ph.D., as experts pursuant to Fed. R. Evid. 702-705. A report that summarizes their opinions and the bases for those opinions is attached as Exhibit 1. Attached as appendices to their report are: Dr. Richard's and Dr. Brock's CVs, a list of deposition and court testimony in the last four years for Dr. Richard, and a statement setting out the hourly rates for each individual's work.

2.    Maria Cvach, DNP, RN, FAAN
        2617 Sandy Hook Road
        Forest Hill, Maryland 21050

At the trial of this case Defendant may call Maria Cvach, DNP, RN, FAAN, as an expert pursuant to Fed. R. Evid. 702-705. A report that summarizes her opinions and the bases for

those opinions is attached as Exhibit 2. Attached as appendices to Ms. Cvach's report are: a CV and a statement setting out her hourly rate for her work.

Defendant reserves the right to supplement their Initial Disclosures and reports.

Dated: March 6, 2015

Respectfully submitted,

FORD & HARRISON LLP

By: _____
Jay R. Fries
Federal Bar No. 01234
jfries@fordharrison.com

By: _____
Kathleen A. Talty
Federal Bar No. 022971
ktalty@fordharrison.com

Counsel for Defendant, The Johns Hopkins Hospital

OF COUNSEL

**FORD & HARRISON LLP**
502 Washington Avenue, Suite 400
Baltimore, MD 21204
Telephone: (410) 321-7310
Fax: (410) 821-7918

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| LAUREN SEARLS,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNS HOPKINS HOSPITAL,<br><br>    Defendant. | Case No. 1:14-cv-02983-CCB |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __6th__ day of March, 2015, copies of Defendant's Initial Expert Disclosures and exhibits and this Certificate of Service were delivered by first class mail, postage prepaid, to:

Joseph B. Espo
Laura G. Abelson
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21202
T:  (410) 962-1030
F:  (410) 385-0869
jbe@browngold.com
labelson@browngold.com
*Attorneys for Plaintiff*

_____
Kathleen A. Talty

*Attorney for Defendant*