# EXHIBIT 4



1.800.780.4221
www.cedtechnologies.com

## CURRICULUM VITAE
## CLYDE C. RICHARD, Ph.D., P.E.
### Senior Mechanical Engineer

### Academic Background
Ph.D., Mechanical Engineering, University of Connecticut, Storrs, Connecticut
M.S.M.E., Mechanical Engineering, Rensselaer Polytechnic Institute, Troy, New York
B.M.E., Mechanical Engineering, Rensselaer Polytechnic Institute, Troy, New York

### Registrations
Registered Professional Engineer, State of Maryland, License No. 13209
Registered Professional Engineer, State of Connecticut, License No. PEN.23676
Registered Professional Engineer, Commonwealth of Pennsylvania, License No. PE-048495-R
Registered Professional Engineer, Commonwealth of Virginia, License No. 0402 030825
Registered Professional Engineer, State of Florida, License No. PE-0053045
Registered Professional Engineer, State of Delaware, License No. 15620
Registered Professional Engineer, State of New York, License No. 086252

### Professional Work History
CEO/Senior Mechanical Engineer, CED Technologies Inc., 1987-Present
Professor, United States Naval Academy, Annapolis, Maryland, 1976-1991
Senior Mechanical Engineer, Forensic Technologies International, Annapolis, Maryland, 1982-1986
Consultant, Department of Energy, Washington, D.C., 1976-1982
Head, Development Dept., Babcock, Brown, Boveri Reaktor, Manheim, West Germany, 1973-1976
Consultant to Managing Director, Elsam-Kraftvaesgruppen, Kolding, Denmark, 1973
Section Head, Mechanical Engineering Department, Northeast Utilities Service Company, Berlin, Connecticut, 1971-1973
Instructor of Mechanical Engineering, University of Connecticut, Storrs, Connecticut, 1967-1971
Consultant, Mechanical Engineering Department, Northeast Utilities Service Company, Berlin, Connecticut, 1967-1971
Senior Mechanical Engineer, United Technologies Corporation, East Hartford, Connecticut, 1963-1967

### Professional Societies
American Society of Mechanical Engineers (ASME)
Human Factors Society
Society of Automotive Engineers (SAE)
American Society of Safety Engineers (ASSE)

### Areas of Expertise

Mechanical Engineering
Machine Analysis and Guarding
Human Factors / Warnings

Mechanical Equipment Evaluations
Analysis and Testing
Accident Reconstruction

Page 1 of 3


DEPOSITION
EXHIBIT NUMBER 22
DATE 6/19/15  REPORTER Sab
ART MILLER & ASSOCIATES



1.800.780.4221
www.cedtechnologies.com

# CURRICULUM VITAE
# CLYDE C. RICHARD, Ph.D., P.E.
### Senior Mechanical Engineer

**Professional Honors**
Phi Kappa Phi
Patent Awards, 1967 and 1975

**Publications / Presentations**
Publications list available upon request
Speaker at numerous technical meetings and symposiums in the United States, Europe and Israel



1.800.780.4221
www.cedtechnologies.com

# FEE SCHEDULE
## Effective January 2015

## CLYDE C. RICHARD, Ph.D., P.E.
### Senior Mechanical Engineer
### $365.00 per hour

### Time

Engineering time is billed at the same rate for all services including research, review, analysis, testing, inspections, depositions, trial, testimony and travel. There are no charges or administrative fees for opening or maintaining case files.

### Expenses

Normal expenses and costs will be charged to the case. These include:

| | |
|---|---|
| Mileage | $0.68 per mile |
| Digital Photographic and CD | $0.38 per photograph |
| Video Recording | $45.00 per tape |
| Large Media Print | $70.00 per print |
| Laboratory Usage Fee | To be specified |
| Equipment Storage Fee | To be specified |
| Special Equipment for Testing | At cost |
| Testing Materials | At cost |
| Travel Tickets | To be specified |
| Hotel, Meals, etc. | To be specified |

Materials and/or other specified expenditures that are required to the case will be charged at cost. Items purchased that are retained by CED and usable in other cases will not be charged.

Activities are billed monthly or at the completion of a work phase. All balances are due upon receipt of invoice. Rates are subject to change without notice. Unpaid bills are charged a service fee of 1 ½ % per month for unpaid balances.

CED reserves the right to require a retainer. This retainer is a forward payment of future services for which the client has contracted, retained and agreed upon the engineer's billable rates and expenses.

The receipt of the signed Client Letter of Agreement (LOA) or case file material received by CED indicates the acceptance of rates and terms and conditions of the LOA.

If there is a question about any item on our fee schedule, please call to discuss your concern. Our ultimate goal is to provide you with the highest level of service possible.