# EXHIBIT 5

1.800.780.4221
www.cedtechnologies.com

# CURRICULUM VITAE
## GARRY R. BROCK, Jr., Ph.D.
### Mechanical Engineer / Biomechanical Engineer

## Academic Background
Ph.D., Cornell University, Sibley School of Mechanical Engineering, Biomechanics, Ithaca, New York, January 2015
M.S., Cornell University, Sibley School of Mechanical Engineering, Biomechanics, Ithaca, New York, May 2012
M.S., Mechanical Engineering, University of Maryland, Center for Advanced Life Cycle Engineering, College Park, Maryland, June 2009
B.S., Engineering Physics, Elizabethtown College, Elizabethtown, Pennsylvania, May 2007

## Professional Work History
Mechanical Engineer, Biomechanical Engineer, CED Technologies Inc., 2014-Present
Teaching Assistant, Cornell University, Fall 2012-2013
Graduate Research Assistant, Cornell University, 2009-2014
Mechanical Engineering Intern, ITT Corporation, June to August 2009
Graduate Research Assistant, University of Maryland, June 2007 to May 2009
Undergraduate Researcher, University of Maryland, June to August 2005, 2006

## Publications
"The Effect of Osteoporosis Treatments on Fatigue Properties of Cortical Bone Tissue.", Bone Reports, Accepted (2014) Brock GR, Chen JT, Ingraffea AR, MacLeay J, Pluhar GE, Boskey A, van der Meulen MCH

"Alterations to Cortical Bone Fatigue Life Depend on Bisphosphonate Type.", J. Bone Miner Res 28 (Suppl 1), LB-SA06 (2013) Brock GR, Ingraffea AR, MacLeay J, Boskey A, van der Meulen MCH

"Nanoscale examination of microdamage in bone using synchrotron radiation transmission X-ray microscopy.", PLoS One 8(3):e57942 (2013) Brock GR, Kim G, Ingraffea AR, Andrews JC, Pianetta P, van der Meulen MCH

"A nanoscale examination of microdamage in cortical bone using synchrotron radiation transmission X-ray microscopy.", Trans Orthop Res Soc 37: 37: 137 (2012) Brock G, Kim G, Andrews JC, Ingraffea AR, van der Meulen MCH

"Comparison of bone mineralization using microcomputed tomography and transmission X-ray microscopy.", J Bone Miner Res 25 (Suppl 1), SU0062 (2010) Kim G, Brock G, Meirer F, Almeida E, Hayter J, van der Meulen MCH

"The effects of Environmental Stresses on Multilayer Ceramic Capacitors with Flexible Terminations.", IPC APEX (2007) Brock GR, Azarian M, Pecht M

## Areas of Expertise

Slip, Trip and Fall                              Premises Liability
Injury Analysis                                  Human-Environment Interactions
Occupant Kinematics                              Product Design and Evaluation
Accessibility, Building Code, Life Safety Evaluations

Page 1 of 2



1.800.780.4221
www.cedtechnologies.com

# FEE SCHEDULE
### Effective January 2014

### GARRY R. BROCK, Jr., Ph.D.
Mechanical Engineer / Biomechanical Engineer
$190.00 per hour

## Time

| | |
|---|---|
| Engineer Time | $155.00 - $365.00 per hour |
| Research Associate and Technician Time | $ 85.00 - $140.00 per hour |
| Graphic Designer Time | $110.00 per hour |

Engineering time is billed at the same rate for all services including research, review, analysis, testing, inspections, depositions, trial, testimony and travel. There are no charges or administrative fees for opening or maintaining case files.

## Expenses

Normal expenses and costs will be charged to the case. These include:

| | |
|---|---|
| Mileage | $0.68 per mile |
| Digital Photographic and CD | $0.38 per photograph |
| Video Recording | $45.00 per tape |
| Large Media Print | $70.00 per print |
| Laboratory Usage Fee | To be specified |
| Equipment Storage Fee | To be specified |
| Special Equipment for Testing | At cost |
| Testing Materials | At cost |
| Travel Tickets | To be specified |
| Hotel, Meals, etc. | To be specified |

Materials and/or other specified expenditures that are required to the case will be charged at cost. Items purchased that are retained by CED and usable in other cases will not be charged.

Activities are billed monthly or at the completion of a work phase. All balances are due upon receipt of invoice. Rates are subject to change without notice. Unpaid bills are charged a service fee of 1 ½ % per month for unpaid balances.

CED reserves the right to require a retainer. This retainer is a forward payment of future services for which the client has contracted, retained and agreed upon the engineer's billable rates and expenses.

If there is a question about any item on our fee schedule, please call to discuss your concern. Our ultimate goal is to provide you with the highest level of service possible.