# EXHIBIT 8

*Maria M. Cvach DNP, RN, FAAN*
*Curriculum Vitae*
*Page 1*

# CURRICULUM VITAE

Maria M. Cvach DNP, RN, FAAN
CCRN Alumnus
2617 Sandy Hook Road
Forest Hill, Maryland 21050
mcvach@jhmi.edu
(410) 955-0782 (Work)
(410) 879-5074 (Home)

## EMPLOYMENT HISTORY

| Years | Position | Institution/Location |
|---|---|---|
| 2005-Present | Assistant Director of Nursing | Johns Hopkins Hospital, Clinical Standards, Department of Nursing, Baltimore, MD |
| 2009-2013 | Clinical Nurse, Float Pool | Johns Hopkins Hospital, Medical Progressive Care Unit, Baltimore, MD |
| 1987-2009 | Clinical Nurse, Float Pool | Johns Hopkins Hospital, Cardiology Care Unit, Baltimore, MD |
| 1987-2005 | Nurse Educator | Johns Hopkins Hospital, Medical Nursing Service, Baltimore, MD |
| 1984-1987 | Cardiac Clinical Nurse Specialist | South Baltimore General Hospital, Baltimore, MD |
| 1986-2000 | Lecturer/Consultant | American Healthcare Institute, Silver Spring, MD |
| 1986-1989 | ICU Staff Nurse | Nursing Agency, C.C.N. Inc., Laurel, MD |
| 1983-1984 | Nurse Educator | Maryland General Hospital, School of Nursing, Baltimore, MD |
| 1981-1983 | Clinical Nurse II/Preceptor/ Charge Nurse | Johns Hopkins Hospital, Coronary Care Unit |



*Maria M. Cvach DNP, RN, FAAN*
*Curriculum Vitae*
*Page 2*

Baltimore, MD

## EDUCATION HISTORY

| Year | Degree Earned | Institution/Location |
|---|---|---|
| 2013 | Doctor of Nursing Practice (DNP) | Johns Hopkins University School of Nursing Baltimore, MD |
| 1984 | Master of Science in Nursing (MSN) | University of Maryland School of Nursing Baltimore, MD |
| 1981 | Bachelor of Science in Nursing (BSN) | Bloomsburg State College Bloomsburg, PA |

## CURRENT LICENSE AND CERTIFICATION:

| Year | Source | Type |
|---|---|---|
| 1981 - Present | Maryland Department of Health and Mental Hygiene | RN |
| 1986 – 2014 | American Association of Critical-Care Nurses | CCRN |
| 2014 – Present | American Academy of Nurses | FAAN |

## PUBLICATIONS:

1. **Cvach, M.**, Rothwell, K., Cullen, A.M., Nayden, M.G., Cvach, N., Pham, J.C. (2015). Effect of altered alarm settings on patient adverse events and alarm signal frequency: a randomized-controlled feasibility study. Submitted for publication to PLOS One

2. **Cvach, M.** (2014). Managing hospital alarms. *Nursing 2014 Critical Care* 9(3): 13, 27.

3. **Cvach M**, Frank RJ, Doyle P, Khouri-Stevens Z. (2014). Use of pagers with an alarm escalation system to reduce cardiac monitor alarm signals. *J Nurs Care Qual* 29(1): 9-18.

4. **Cvach M**, Currie A, Sapirstein A, Doyle PA, Pronovost P. (2013). Managing clinical alarms: using data to drive change. *Nurs Manage(Safety Solutions)*: doi: 10.1097/01.NUMA.0000437594.58933.ce

5. **Cvach M**, Biggs M, Rothwell KJ, Charles-Hudson C. (2013). Daily electrode change and

Maria M. Cvach DNP, RN, FAAN
Curriculum Vitae
Page 3

effect on cardiac monitor alarms: an evidence-based practice approach. *J Nurs Care Qual.* Jul-Sep 28(3): 265-71.

6. **Cvach, M.** (2012). Monitor alarm fatigue: integrative review. *BI&T Journal.* July-Aug; 46(4): 268-77.

7. **Cvach M.** (2012). Chapter 10-Exemplars. In S. Dearholt & D. Dang (Eds). Johns Hopkins nursing evidence-based practice: model and guidelines (2nd Ed). Sigma Theta Tau International, Indianapolis.

8. **Cvach M** & Lee MC. (2010). Selecting the Pathway to Translation. In S.Poe & K. White (Eds), Johns Hopkins Nursing Evidence based Practice: Implementation and Translation. Indianapolis, IN: Sigma Theta Tau International.

9. Creighton-Graham K & **Cvach M.** (2010). Monitor alarm fatigue: standardizing progressive care nurse's utilization of physiologic monitors and decreasing nuisance alarms. *American Journal of Critical Care Nursing,* 19(1), 28-35.

10. **Cvach M**, Dang D, Foster S, Irechukwu J. (2009). Clinical alarms and the impact of patient safety. *Initiatives in Safe Patient Care.* Sax Healthcare Communications.

11. Poe S, **Cvach M.**, Dawson P., Straus H., Hill E. (2007). The Johns Hopkins Fall Risk Assessment tool: post implementation evaluation. *Journal of Nursing Quality Care*, 22(4), 289-294.

12. Poe S, **Cvach M**, Gartrell D, Radzik B, Joy T. (2005). An evidence-based approach to fall risk assessment, prevention, and management: lessons learned. *Journal of Nursing Care Quality*, 20 (2), 107-118.

13. **Cvach M** & Shelton B. (1992). Using adenosine to treat PSVT. *Nursing 92,* 22(11), 32K-32R.

14. **Cvach M** & Duran J. (1992). Cocaine-induced cardiovascular dysfunction: A case study. *Journal of Cardiovascular Nursing,* 6, (2), 31-35.

15. Buchanan S., **Cvach M**, Dans P, Elliott M, Pyeritz R, Shallenberger C, Sulmasy D, Terry P. (1988). Implementation of DNR orders in the Department of Medicine, The Johns Hopkins Hospital. *Maryland Medical Journal,* 6,461-464.

## AWARDS AND HONORS
2014  Fellow, American Academy of Nursing
2013  Nursing Publication Award, Johns Hopkins Nursing for Monitor Alarm Fatigue: Integrative Review
2013  Shirley Sohmer Research Award, Johns Hopkins Nursing for submission: Conducting an RCT to test the effect of altering monitor alarms on patient outcomes

...

*Maria M. Cvach DNP, RN, FAAN*
*Curriculum Vitae*
*Page 4*

2012  Research Paper of the Year, Journal of Biomedical Instrumentation and Technology, AAMI

2012  Emergency Care Research Institute (ECRI) 7th Annual Health Device Achievement Award

2011  Nursing Publication Award, Johns Hopkins Nursing for Monitor alarm fatigue: standardizing progressive care nurse's utilization of physiologic monitors and decreasing nuisance alarms

## PRESENTATIONS

*International*

2014  **Cvach, M.** An Alarming Situation: Managing Clinical Alarms Using a Systems Management Approach. United Arab Emirates, 9/8/14. (invited)

2013  **Cvach M.** The Johns Hopkins Hospital Evidence-based Practice Model, Fundacion de Santa Fe de Bogotá, Bogotá, Columbia 11/20/13.

2013  **Cvach M.** Actionable Alarms or Crying Wolf: Using Data to Drive System Changes. Canadian MBES, Webinar, 4/11/13. (Invited)

2012  **Cvach M.** Monitor Alarms: New Approaches and Best Practices. International Society for Computerized Electrocardiography (ISCE). Birmingham, AL. 4/13/12 (Invited)

2012  **Cvach M.** Johns Hopkins Evidence-based Practice: Appraisal of Evidence, Synthesis and Translation. United Arab Emirates. 10/18/12. Webinar (Invited)

2008- 2012 **Cvach M.** Implementing EBP Organizationally. International Visitors Week: Johns Hopkins Hospital. 9/24/12, 10/12/11, 6/8/11, 10/20/10, 10/7/09, 08/20/08. (Invited)

*National*

2014  **Cvach, M.** Alarming Situation: Managing Clinical Alarms. Vermont Oxford Network 9/24/14 (invited)

2014  **Cvach, M** Sendelbach, S. Good Alarm Policies are no Accident. 9/3/14 webinar (invited)

2014  **Cvach, M.** Alarming Situation: Using data and a systems management approach to drive change Dignity Healthcare, Las Vegas, NV  7/10/14 (invited)

2014  **Cvach M**, Allan S, Trojanowski M. Alarm Management at the Johns Hopkins Hospital. AAMI National Coalition for Alarm Management. Arlington, VA. 4/24/14 (Invited)

2014  **Cvach, M** Alarm Management Gap Analysis. AAMI National Coalition for Alarm Management. Arlington, VA. 4/24/14 (Invited)

*Marla M. Cvach DNP, RN, FAAN*
*Curriculum Vitae*
*Page 5*

2014  **Cvach, M** An Alarming Situation: Managing Clinical Alarms. Maryland Hospital Association. 4/6/14.

2014  **Cvach M** An Alarming Situation: Managing Clinical Alarms. Select Medical National Conference. 3/28/14 (Invited)

2013  **Cvach M** An Alarming Situation: Managing Clinical Alarms. Maryland Healthcare Education Institute, Baltimore, MD. 12/5/13 (Invited)

2013  **Cvach M** & Sapirstein A. An Alarming Situation: Using Data to Drive System Changes. MCIC Vermont, Orlando, FL. 10/22/2013 (Invited)

2013  **Cvach M.** Reducing Alarm Fatigue by Eliminating Inactionable Alarms. Health Business Insights: Cost and Quality Academy, Webinar, 11/2013 (Invited)

2013  **Cvach M.** An Alarming Situation: The Joint Commission National Patient Safety Goal for Alarm Management. MCIC Vermont, New York, NY 8/22/13 (Invited).

2013  Cvach M. When you stop hearing the alarms. WYPR Baltimore 88.1 FM. http://programs.wypr.org/podcast/when-you-stop-hearing-alarms 6/25/13 (Invited).

2013  **Cvach M**, Funk M., & Sendelbach S. Managing Alarm Fatigue: New Approaches and Best Practices. American Association of Critical Care Nurses, Webinar 6/20/2013 (Invited).

2013  **Cvach M** & Keller J. Using Data to Drive Alarm System Improvement Efforts. MD Expo. Washington, D.C. 4/4/13. (Invited)

2013  **Cvach M** & Bissett K. The Johns Hopkins Evidence-based Practice Model, Morristown, NJ. 4/2013. (Invited)

2013  Logan M, Pronovost P, **Cvach M**, Currie A, Sapirstein, A. Methods for Improving Clinical Alarm Use. The Joint Commission Resources Quality and Safety Network website: http://2013.february.qualityandsafetynetwork.com/ February 2013. (Invited)

2012  **Cvach M.** Using Data to Drive Alarm System Improvement Efforts. Association for the Advancement of Medical Instrumentation, Health Technology Safety Institute (HTSI), Webinar 12/17/12. (Invited)

2012  **Cvach M.** Actionable Alarms or Crying Wolf. National Patient Safety Foundation (NPSF). Webinar. 6/25/12 (Invited)

2012  **Cvach M**, Funk M & Talley L. Actionable Alarms or Crying Wolf. National Teaching Institute. Orlando, FL. 5/23/12. (Invited)

*Maria M. Cvach DNP, RN, FAAN*
*Curriculum Vitae*
*Page 6*

2011  **Cvach M** & Pelczarski K. Alarm Management: Environmental Challenges, Impediments and Opportunities. National Alarm Summit. 10/4/11, Fairfax, VA. (Invited)

2011  **Cvach, M.** Managing Alarms: Lessons Learned. National Alarm Summit. 10/5/11, Fairfax, VA. (Invited)

## PROFESSIONAL ACTIVITIES:
### Society/Association membership and leadership

| | |
|---|---|
| 1986-Present | American Association of Critical Care Nurses, Member |
| 2011-Present | Association for the Advancement of Medical Instrumentation (AAMI), Healthcare Technology Safety Institute (HTSI), Alarm Systems Steering Committee, Chairperson |
| 2012-Present | Sigma Theta Tau International (STTI), Member |
| 2014-Present | American Nurses Association (ANA), Member |
| 2014-Present | American Academy of Nursing (AAN), Member |

Fee Rate for Maria M. Cvach, DNP, RN, FAAN

Hourly Rate: $200.00