# EXHIBIT 9

1              IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
2                    (Northern Division)

3    LAUREN SEARLS                 *
                                   *
4             Plaintiff            *
                                   *        Case No.:
5         v.                       *
                                   *        1:14-CV-02983-CCB
6    JOHNS HOPKINS HOSPITAL        *
                                   *
7             Defendant            *
                         *  *  *  *  *  *  *  *  *

8

9

10           The videotape deposition of STACEY

11   ROTMAN, taken on Friday, March 27th, 2015,

12   commencing at 10:06 a.m., at the law offices of

13   Brown, Goldstein & Levy, LLP, 120 East Baltimore

14   Street, Suite 1700, Baltimore, Maryland 21202,

15   before Sharon A. Beaty, Notary Public.

16

17

18

19

20

21   Reported by:  Sharon A. Beaty, CSR

1    liver doctor that day?

2         A    The Department of Medicine is divided up

3    into a bunch of different groups of doctors, there

4    are four firms.

5         Q    Uh-huh.

6         A    So our firm is called the Barker firm,

7    so we have the Barker physicians who have an office

8    on the unit.  Our goal is to have Barker patients

9    on our unit, but because of occupancy levels there

10   isn't a guarantee that all of your patients will be

11   Barker and it's very rare that we have a hundred

12   percent geography, so we could have up to nine

13   different services on the unit at once.

14        Q    It sounds hectic.

15        A    Yes.

16        Q    The -- so I want to talk a little bit

17   about the equipment that you used on Halsted 8.

18   What types of alarms were used in the equipment on

19   Halsted 8?

20        A    On Halsted 8 we, our telemetry patients

21   had a central monitoring system, not a bedside

1    monitoring system, so there were alarms that were

2    going off at the central monitoring system.  If

3    patients were on CPAP machines at night those could

4    alarm.  Our IV pumps alarm.

5        Q    What's the difference between the

6    central --

7            MR. FRIES:  Excuse me.  Are you finished

8    or --

9            THE WITNESS:  No.

10           MR. FRIES:  -- are you thinking?

11       Q    Oh, I'm sorry.

12       A    I'm thinking.

13       Q    I apologize, I broke my own rule.

14       A    That's okay.

15       Q    Keep going.

16       A    We have bed alarms that will alarm.

17   That encompasses the major alarms on the unit.

18       Q    Okay.  What's the difference between the

19   central monitoring system and the bedside

20   monitoring system?

21       A    If you have bedside monitoring, your

1   patient in the bed has an actual monitor right next

2   to them that you can see.  A central monitoring

3   system is a, is a monitor that is in the nurses'

4   station and one in the hallway so you can't see

5   your patients, your patients when they're in the

6   room.

7        Q    Okay.  So every patient had either a

8   central monitoring system or a bedside monitoring

9   system?

10       A    No.  If patients were on telemetry they

11  only had central monitoring, we had no bedside

12  monitoring on Halsted 8.

13       Q    Oh, okay.  So there were no bedside

14  monitors on Halsted 8?

15       A    Correct.

16       Q    Okay.  So just, I want to make sure that

17  I've got this.  The types of alarms that you

18  mentioned were the central monitoring system, the

19  IV pumps, the CPAPs and the bed alarms?

20       A    Those are the major ones, yes.

21       Q    Okay.  Did the central monitoring system

1    have both a visual and an auditory and audible

2    alarm?

3        A    Describe what you mean by visual.

4        Q    If the alarm went off on the system was

5    there something you could see to know that there

6    was an alarm?

7        A    If you were standing in front of the

8    screen, yes.

9        Q    If the IV pump alarm went off, was there

10   both a visual -- was there a visual component to

11   that alarm?

12       A    There's a red light, yes.

13       Q    If the CPAP machine alarm went off, was

14   there a visual component to that alarm?

15       A    I don't believe there is on the CPAP

16   machine.

17       Q    And if the bed alarm went off was there

18   a visual component to the bed alarm?

19       A    No.

20       Q    Okay.  So when did you first meet Lauren

21   Searls?

1    at the time of 10:52.

2                        (Brief recess.)

3                  THE VIDEOGRAPHER:  Back on the video

4    record at the time of 10:58.

5                  BY MS. ABELSON:

6        Q    So I want to go back to something.  I

7    realized that I knew the answer to some questions

8    but I did not get them on the record for everyone

9    to know the answer.  What is a CPAP machine?

10       A    A CPAP machine is a continuous positive

11   airway pressure machine.  Some patients who have

12   sleep apnea will wear it at night to make sure that

13   their airway stays open.

14       Q    Okay.  And how often do the CPAP

15   machines -- what causes a CPAP machine alarm to go

16   off?

17       A    If there's an obstruction and the

18   machine isn't able to work appropriately it will go

19   off.

20       Q    What do you mean by an obstruction?

21       A    If it's not, if it's not working

1    properly the alarm will go off, so the nurse would

2    have to go in to make sure that the patient is

3    stable.

4         Q    Okay.  How often do the CPAP alarms go

5    off?

6         A    It depends on the patient.

7         Q    Okay.  What -- why is it different from

8    patient to patient?

9         A    It depends on how the patient is, the

10   position they're sleeping in, it depends on how bad

11   their sleep apnea is, so a lot of different

12   variables.

13        Q    Okay.  The -- when you mean by, when you

14   say an obstruction, do you mean like a physical

15   obstruction in the machine?

16        A    It could be a, it could be a machine

17   problem or it could be a problem with the patient.

18        Q    Okay.  And what types of problems with

19   the patients?

20        A    Not breathing.

21        Q    Okay.  Is the -- but the -- what, what

1    would cause a patient to stop breathing?

2         A    Their sleep apnea.

3         Q    Okay.  The -- but the CPAP machine is

4    there to prevent them from not breathing because of

5    the sleep apnea, correct?

6         A    Yes.

7         Q    So what would cause the machine to stop

8    working?

9         A    It could be an issue with the machine

10   itself, a mechanical problem, or if the patient is

11   in a strange position where they can't get the air

12   in it will go off.

13        Q    So if a patient rolls over it might stop

14   the CPAP machine from working?

15        A    It could potentially.

16        Q    Okay.  Does it usually?

17        A    Usually -- I can't say.  It just, it's

18   so individual-specific.  Some patients will come

19   in, it will go off frequently and some patients

20   will come in it won't go off at all.

21        Q    Okay.  And what is a -- what does the

1    central monitoring system show?

2         A    It shows heart rhythm and that's it.

3         Q    Okay.  And the -- I believe you

4    testified earlier that the central monitoring

5    system is, monitors the patient in the room but

6    then is displayed at the nursing station?

7         A    There is a display at the nurses'

8    station.

9         Q    Is there also a display in the room?

10        A    No.

11        Q    Okay.  How -- is there also a display in

12   the hallway?

13        A    One at the end of the hallway.

14        Q    Okay.  So there's one at the end of the

15   hallway, one at the nursing station and nothing in

16   the room?

17        A    Correct.

18        Q    Okay.

19             MR. FRIES:  Can we just clarify for the

20   record?  We're talking about Hal- -- we're talking,

21   we're talking about Halsted 8?

1          Q     We are talking about Halsted 8?

2          A     Yes.

3          Q     Yes.  The -- how often do the central

4     monitoring system alarm?

5          A     Pretty much continuously.

6          Q     Okay.  Why do they alarm continuously?

7          A     They alarm for various reasons; PVCs,

8     which are premature ventricular contractions,

9     bigeminy, trigeminy, ventricular fibrillation,

10    ventricular tachycardia, sinus bradycardia, sinus

11    tachycardia.  Any kind of abnormal heart rhythm

12    could set off the central monitoring system.

13         Q     Do all of those alarms require a

14    response?

15         A     No.

16         Q     How do the nurses know which alarms

17    require responses and which do not?

18         A     There's different sounds for the alarms.

19         Q     How many different sounds does it make?

20         A     Several.  I can't give you an exact

21    number but there are several different sounds that

1    it makes.

2         Q    Can you estimate?

3         A    No, I, I can't.

4         Q    Just -- can you estimate if it was more

5    than ten or fewer than ten?

6         A    It's all beeping, it just depends on the

7    beeps, what the beeps sound like.

8         Q    How did you learn which beeps require --

9    which, what the beeps mean?

10        A    You're taught that in orientation.

11        Q    How much time in orientation is spent on

12   that?

13        A    The entire orientation process is nine

14   weeks and that is something that is observed on a

15   constant basis.  It's not just a class.

16        Q    Are you ever given a chart or any sort

17   of written description?

18        A    Not that I'm aware of, because it would

19   be hard to, beeep, to put that on paper.

20        Q    Okay.  Are you ever given a recording?

21        A    No.

1    Q    And you also mentioned bed alarms.

2  What's a, what does the bed alarm tell you?

3    A    A bed alarm tells you that a patient is

4  getting out of bed.

5    Q    Okay.  And -- it tells you -- does it

6  tell you every time a patient gets out of bed?

7    A    If you have the bed alarm on, yes.

8    Q    Okay.  So for patients who are permitted

9  to get out of bed do you turn the bed alarm off?

10    A    Yes.

11    Q    How often do the bed alarms sound?

12    A    A lot.  Frequently.

13    Q    Do they always indicate that a patient

14  is actually trying to get out of bed?

15    A    They're supposed to indicate that a

16  patient is getting out of bed.

17    Q    In your experience do they indicate --

18    A    Yes.

19    Q    -- that a patient is actually getting

20  out of bed and not just moving in bed?

21    A    They're relatively accurate.

1    Q    And you also mentioned the IV pump

2  alarms I think.  When do the IV pump alarms sound?

3    A    They can sound when there's an

4  occlusion, they can, they can sound when the bag is

5  empty.

6    Q    What's an occlusion?

7    A    An occlusion is something that's

8  preventing the IV fluid from going in, maybe a kink

9  in the tubing, is probably the most common

10 occlusion.

11   Q    Okay.  I think I interrupted you.  So

12 you said an occlusion, when the bag is empty.  Are

13 there other times when the IV pump alarm would

14 sound?

15   A    If the battery is low, if the volume to

16 be infused is getting close to zero.  I believe

17 that's it.

18   Q    Do all of those alarms require an

19 immediate response?

20   A    Yes.

21   Q    What would happen if the battery was low

1   and you didn't respond in say ten minutes?

2        A    If the battery would shut down then the

3   pump would turn off.

4        Q    How long before the battery -- before

5   the pump -- how long before the battery dies does

6   the alarm tell you that the battery is running low?

7        A    I actually don't know the answer to that

8   question.

9        Q    Okay.  Would you agree that it might not

10  be five minutes?

11       A    I, I don't know the answer to the

12  question.

13       Q    So of the, the central monitoring system

14  alarms, when that, when that alarm sounds, how

15  often does it indicate an emergency situation?

16       A    Are you asking how many emergencies we

17  have on the unit?

18       Q    Well, that's a separate question, but I

19  would like to know the answer to that, how many

20  emergencies, how often do you have emergencies on

21  the unit?

1      A    An emergency as deemed by having a code

2    team come to the unit would be about once or twice

3    a month.

4      Q    Okay.  So besides when you have the code

5    team once or twice a month, are those the only

6    emergency situations you deal with on -- or that

7    you dealt with on Halsted 8?

8      A    No.

9      Q    Okay.  What other types of emergency

10   situations would you deal with?

11     A    We have emerge -- I'm sorry.

12     Q    Yeah.

13     A    We have emergency situations that don't

14   require the code team.  Certain rhythms can be

15   fixed with medications if they're dealt with in a,

16   in a quick way.  That would be -- that's the most

17   accurate answer.

18     Q    So when you say rhythms, you mean heart

19   rhythms?

20     A    Yes.

21     Q    Okay.  And those are mon- -- are

1   reflected by the central monitoring system; is that

2   right?

3          A    Yes.  Yes.

4          Q    So how frequently would a central

5   monitor, an alarm on the central monitoring system

6   indicate an emergency situation?

7          A    I don't have an exact answer for you.

8          Q    Just in your experience would you say

9   once a week?

10         A    At least once a week.

11         Q    Once a day?

12         A    I wouldn't say once a day.

13         Q    Okay.  So somewhere between once a day

14  and once a week?

15         A    A few times a week.

16         Q    Okay.  How often would an alarm, the

17  alarm sounding on the IV pump indicate an emergency

18  situation?

19         A    Well, the IV pumps don't signify an

20  emergency situation, the IV pumps signify that if

21  you don't fix a problem with the IV you could, an

1    emergency situation could ensue.

2         Q    Okay.  And how, how quickly could that

3    emergency situation ensue if you don't respond to

4    the IV pump?

5         A    It depends on the medication infusing.

6         Q    Okay.  How about the CPAP alarm, how

7    often would the CPAP alarm indicate an emergency

8    situation?

9         A    Again, it's a warning sign for you to go

10   into the room to assess the situation to make sure

11   there's not an emergency situation.

12        Q    So how quickly do you -- how quickly do

13   you personally respond to a CPAP alarm?

14        A    I personally don't respond to alarms

15   anymore.

16        Q    Oh, right.  Of course you don't now that

17   you're the nurse manager.

18        A    (Nodding head indicating yes.)

19        Q    How frequently do the nurses on your

20   unit respond to a CPAP alarm?

21        A    How frequently?

1          Q      I mean how quickly, I apologize.

2          A      Quickly.

3          Q      What does quickly mean?

4          A      As fast as they can get there.

5          Q      What does as fast as they can get there

6    mean?

7          A      When they -- if -- as soon as they hear

8    the alarm the expectation is that any nurse on that

9    unit, not just the nurse for that patient, respond

10   to the room.

11         Q      So they -- I want to make sure I'm

12   understanding you correctly.  When an alarm sounds

13   it is the responsibility of the nurse closest to

14   that alarm to check to determine if there is a

15   situation that requires action?

16         A      Yes.

17         Q      Is that true of all of the alarms on the

18   unit?

19         A      Yes.

20         Q      So it's never the responsibility of one

21   nurse to respond to any given alarm?  Withdrawn.

1    Let me rephrase that.

2              A, a nurse is never solely responsible

3    for responding to the alarms that occur on, for the

4    patients for which he or she is assigned; is that

5    correct?

6         A    Can I rephrase what you're saying?

7         Q    Sure.

8         A    Okay.

9         Q    It wasn't a very good question.

10        A    It's the responsibility of all staff to

11   respond to all alarms.

12        Q    Okay.  Okay.  Thanks.  Could a nonnurse

13   be trained to differentiate between the different

14   alarms on the unit?

15        A    It's a nursing, it's a nursing

16   responsibility to respond to alarms on the unit.

17        Q    I understand that it is the

18   responsibility of the nurses, but in your opinion

19   could a nonnurse be trained to differentiate

20   between the alarms?

21        A    That wouldn't be a safe situation.

1    Q    Why?

2    A    Because when you hear the alarms you

3  have to understand what the implication is of the

4  alarm.  If you hear an alarm you know it's

5  ventricular fibrillation, you as a nurse have to

6  know what does ventricular fibrillation mean.

7    Q    So if the person responding to the

8  alarms understood what each of the alarms meant and

9  could communicate that to someone else, would that

10  be an unsafe situation?

11    A    A person understanding what the alarms

12  mean would be a nurse.

13    Q    Okay.  Are there other -- are there

14  nonnurses on the unit who are ever responsible for

15  responding to alarms?

16    A    Which alarms?

17    Q    Any alarms.

18    A    Yes.

19    Q    Which alarms?

20    A    The bed alarms.

21    Q    And who's responsible for responding to

1    the bed alarms besides nurses?

2          A    Clinical technicians.  I'm sorry.

3    Initially you asked me who I was, who we were, who

4    reported to me.  I forgot about the clinical

5    technicians, sorry.

6          Q    All right.  Thank you for clarifying

7    that.

8          A    Sorry.  Clinical technicians respond to

9    bed alarms and all staff on the unit are

10   responsible for being aware of the bed alarm and

11   responding to bed alarms.

12         Q    Are there any other alarms that

13   nonnurses on your unit are responsible for

14   responding to?

15         A    No.

16         Q    If a nonnurse hears an alarm is it ever

17   the responsibility of that nonnurse to communicate

18   to a nurse that the alarm has sounded?

19         A    No.

20         Q    Does that ever happen?

21         A    No.

1    Q    So if a clinical tech is in a room and

2    the CPAP alarm goes off, the clinical tech never

3    tells the nurse the CPAP alarm --

4    A    I'm sorry.

5    Q    -- has gone off?

6    A    Yes, the clinical technician will tell

7    the nurse that the CPAP alarm has gone off, yes.

8    Q    Okay.  So that's my previous question.

9    Are there other situations in which nonnursing

10   staff, or nonnurses who are on staff inform the

11   nurses that alarms have sounded?

12   A    Yes.

13   Q    Okay.  What other situations does that

14   happen?

15   A    The IV pumps.

16   Q    Okay.  Anything else?

17   A    The CPAP, and that, that's it.

18   Q    And the bed alarms?

19   A    Yes, and the bed alarms.

20   Q    Right?

21   A    Sorry.

1    Q    So all of the alarms, so there are

2  nonnurses responsible for communicating that all of

3  the alarms except the central monitoring system

4  sound?

5    A    Yes.

6    Q    Okay.  And you consider that a safe

7  situation?

8    A    Yes.

9    Q    Were you involved in the process of

10  evaluating Lauren Searls' request for

11  accommodations when she was offered a position as a

12  nurse on Halsted 8?

13    A    Can you repeat the question?

14         MS. ABELSON:  Do you want to read it

15  back?

16         THE REPORTER:  Sure.

17     (The reporter read the record as requested.)

18    A    Can you describe evaluating?

19    Q    Were you in any way involved in deciding

20  whether or not she received the accommodations she

21  requested?