IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| LAUREN SEARLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHNS HOPKINS HOSPITAL,<br><br>　　　　Defendant. | Case No. 1:14-cv-02983-CCB |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Strike Defendant's Expert Designations of Maria Cvach, Clyde C. Richard, and Garry Brock, and to Preclude Their Testimony, and any Opposition thereto, it is this ___ day of _____, 2015, hereby ORDERED that:

　　Plaintiff's motion is GRANTED.


Dated:　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Catherine C. Blake
　　　　　　　　　　　　　　　　　　　　　　Chief U.S. District Judge